NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEON STAMBLER,**
*Appellant*

**v.**

**MASTERCARD INTERNATIONAL INC.,**
*Appellee*

---

2017-1272

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2015-00044.

---

**JUDGMENT**

---

BRENT N. BUMGARDNER, Nelson Bumgardner PC, Fort Worth, TX, argued for appellant. Also represented by THOMAS CECIL; ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL.

ELIOT DAMON WILLIAMS, Baker Botts, LLP, Palo Alto, CA, argued for appellee. Also represented by ROBERT C. SCHEINFELD, CHRISTOPHER PATRICK, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|   November 13, 2017   | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
| | Clerk of Court |